United States District Court
Southern District of Texas
**ENTERED**

February 23, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LENNIE JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-1172 |
| | § | |
| WELLS FARGO N.A., | § | |
| | § | |
| Defendant, | § | |
| | § | |
| BL ENTERPRISE LLC, | § | |
| | § | |
| Nominal Defendant | § | |

**ORDER**

This court has entered final judgment against Jackson on his claims, (Docket Entry No. 182), and denied his motion for reconsideration, (Docket Entry No. 178).   The court granted summary judgment for Wells Fargo because Jackson lacks standing to pursue his claims and because, even if he had standing, his claims are utterly without merit. (Docket Entry No. 174).   The court entered its final judgment on December 17, 2020.   (Docket Entry No. 182).   Jackson appealed.   (Docket Entry No. 176).

Despite his pending appeal, Jackson continued to file baseless and frivolous motions and documents in this court.   The court entered a preclusion order barring Jackson from further filings in this case without leave of court.  (Docket Entry No. 212).   Still undeterred, Jackson informed opposing counsel that he intended to file a fresh lawsuit in state court based on the same, rejected claims.  (Docket Entry No. 214).   Wells Fargo moved for a temporary restraining order preventing Jackson from filing

1

a new lawsuit based on the claims that this court has already ruled on.  (*Id.*).  The court granted the motion and entered a TRO on February 9, 2021.  (Docket Entry Nos. 215, 216).

Wells Fargo now asks the court to convert the temporary restraining order to a permanent injunction barring Jackson from filing any new lawsuit, whether state or federal, to challenge the ownership or the validity of the foreclosure sale of the property at 12631 Drifting Winds Drive.  (Docket Entry No. 217).  The court's reasoning and the basis for granting a temporary restraining order are fully set out in the February 9, 2021 Memorandum and Order.  (Docket Entry No. 215).  The circumstances of this case have not changed since the court entered that Memorandum and Order.  Indeed, in the interim, Jackson has flouted the court's preclusion order by filing two additional baseless motions.  (Docket Entry Nos. 219, 220).  Jackson's objections to the permanent injunction, (Docket Entry No. 218), are without merit.

Wells Fargo's motion to extend the temporary restraining order to a permanent injunction, (Docket Entry No. 217), is granted.  Lennie Jackson is enjoined from filing any new lawsuit in any court, whether or state or federal, to challenge the ownership or the validity of the August 7, 2018 foreclosure sale of the real property located at 12631 Drifting Winds Drive, Houston, Texas 77044, described as:

> LOT TWENTY-ONE (21), IN BLOCK THREE (3) OF PARKWAY FOREST, SECTION ONE (1), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 194, PAGE 119 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

Jackson's latest frivolous motions, (Docket Entry Nos. 219, 220), are stricken.  Jackson may not make additional filings in this case without leave of court.

Jackson may continue to pursue his claims through the appropriate avenue: his pending appeal.

SIGNED on February 23, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

3