United States District Court
Southern District of Texas
**ENTERED**
February 23, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LENNIE JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-1172 |
| | § | |
| WELLS FARGO N.A., | § | |
| | § | |
| Defendant, | § | |
| | § | |
| BL ENTERPRISE LLC, | § | |
| | § | |
| Nominal Defendant | § | |

## PERMANENT INJUNCTION

Wells Fargo's motion to extend the temporary restraining order to a permanent injunction, (Docket Entry No. 217), is granted. Lennie Jackson is enjoined from filing any new lawsuit in any court, whether or state or federal, to challenge the ownership or the validity of the August 7, 2018 foreclosure sale of the real property located at 12631 Drifting Winds Drive, Houston, Texas 77044, described as:

> LOT TWENTY-ONE (21), IN BLOCK THREE (3) OF PARKWAY FOREST, SECTION ONE (1), AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 194, PAGE 119 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

SIGNED on February 23, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge